FRANK LESLIE, Appellant, *v.* MIRIAM F. LESLIE et al., Respondents.

(Argued March 23, 1883; decided April 17, 1883.)

AFFIRMED on opinion of court below.

*Scott Lord* for appellant.

*William Fullerton* for respondents.

*Per curiam mem.* for affirmance.
All concur.
Judgment affirmed.